453 F.2d 1371
 UNITED STATES of America, Plaintiff-Appellee,
v.
Leslie Eugene ALLEN and Vernon H. Crelia, Defendants-Appellants.
 No. 71-2023 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 19, 1972.
 
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.**
 
 
 
 *
 Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I
 
 
 **
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)
 The appellants were convicted and sentenced on a conspiracy count 18 U.S.C. Sec. 371 and two counts of endeavoring to injure a witness in violation of 18 U.S.C. Sec. 1503 in a case pending in the district court. They contend that there was insufficient evidence to support the convictions.